UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JM MCCORMICK COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0146-RLY-TAB |
| | ) | |
| INTERNATIONAL TRUCK & ENGINE CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOLLOWING MARCH 19, 2008, PRETRIAL CONFERENCE**

The parties appeared by counsel on March 19, 2008, for a pretrial conference. The Court addressed numerous matters with counsel, including a motion for leave to amend counterclaim filed by International Truck and Engine Corporation's ("International") [Docket No. 142]. All parties were given an opportunity to be heard. The Court now rules as follows:

1.  International's motion for leave to amend counterclaim [Docket No. 142] is denied. As set forth in the response/objection filed by Plaintiff JM McCormick Company ("McCormick") [Docket No. 152], the motion is grossly untimely. The complaint was filed on January 28, 2005, and the agreed upon, Court-approved Case Management Plan ("CMP") set a June 28, 2005, deadline for such amendments. Since the filing of the complaint, International has sought and received three enlargements of time to amend its pleadings. Now three years after the complaint was filed, International seeks to file a fourth amendment which, if granted, would "radically alter the theories upon which it wants to proceed against McCormick." [Docket No. 151 at 8.] Specifically, the proposed amendment would add counterclaims of strict liability and negligence. International filed a complaint in state court in Arkansas that

demonstrates it knew of these claims in July 2006. [Docket No. 151 at 10.] International's delay in asserting these claims here is inexplicable and unjustified, and prejudicial to McCormick given that substantial discovery–including nine depositions–already has taken place in this litigation. For these reasons, as more fully set forth in McCormick's response/objection, International's motion for leave to amend counterclaim [Docket No. 142] is denied.

2.  The proposed CMP [Docket No. 152] is approved. The dispositive motions deadline is August 26, 2008.

3.  International's motion for protective order [Docket No. 148] is taken under advisement pending the completion of briefing; provided, however, the parties are encouraged to resolve the seemingly surmountable differences that exist regarding this protective order, and to file a proposed, agreed-upon protective order.

4.  This cause will be set for a telephonic status conference to discuss the need for and timing of a settlement conference after the District Judge resolves the pending motion for reconsideration. [Docket No. 140.]

Dated: 03/20/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John M T Chavis II
LOCKE REYNOLDS LLP
jchavis@locke.com

Darren Andrew Craig
LOCKE REYNOLDS LLP
dcraig@locke.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Peter S. Kovacs
STEWART & IRWIN
pkovacs@silegal.com

Mark D. Marino
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
mark.marino@klgates.com

Nicholas C. Pappas
LOCKE REYNOLDS LLP
npappas@locke.com

Patrick J. Perrone
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
patrick.perrone@klgates.com

Mary F. Schmid
STEWART & IRWIN
mschmid@stewart-irwin.com

Ronald George Sentman
KATZ & KORIN
rsentman@katzkorin.com

Matthew J. Tharney
McCARTER & ENGLISH, LLP
mtharney@mccarter.com

Nathaniel M. Uhl
ICE MILLER LLP
nate.uhl@icemiller.com

Natalie S. Watson
McCARTER & ENGLISH, LLP
nwatson@mccarter.com

Katherine A. Winchester
ICE MILLER LLP
winchest@icemiller.com