UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JM McCORMICK COMPANY, INC., | ) | |
|     Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
|     vs. | ) | 1:05-cv-146-RLY-TAB |
| | ) | |
| INTERNATIONAL TRUCK & ENGINE | ) | |
| CORPORATION, | ) | |
|     Defendant/Counterclaimant, | ) | |
| | ) | |
| HOOVER TREATED WOOD PRODUCTS, | ) | |
| INC., | ) | |
|     Intervenor. | ) | |
| _____ | ) | |
| | ) | |
| HOOVER TREATED WOOD PRODUCTS, | ) | |
| INC., | ) | |
|     Cross-claimant/Cross-claim | ) | |
|     Defendant, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| JM McCORMICK COMPANY, INC. | ) | |
|     Cross-claim Defendant/ | ) | |
|     Cross-claimant. | ) | |
| _____ | ) | |
| | ) | |
| HOOVER TREATED WOOD PRODUCTS, | ) | |
| INC., | ) | |
|     Third Party Plaintiff, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| OSMOSE HOLDINGS, INC. and | ) | |
| OSMOSE, INC., | ) | |
|     Third Party Defendants. | ) | |

1

# ENTRY ON OSMOSE'S MOTION TO DISMISS HOOVER'S AMENDED THIRD PARTY COMPLAINT

Now before the court is Osmose Holdings, Inc. and Osmose, Inc.'s (collectively "Osmose") partial motion to dismiss Hoover Treated Wood Products, Inc.'s ("Hoover") Amended Third Party Complaint. Osmose only seeks to dismiss Hoover's Amended Third Party Complaint to the extent Hoover seeks indemnification and contribution for claims made by International Truck and Engine Corp. ("International") against Hoover.

Rule 14(a) of the Federal Rules of Civil Procedure governs third party complaints. FED. R. CIV. P. 14(a). Rule 14(a) provides: "A defending party may, as a third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." FED. R. CIV. P. 14(a)(1). For a third-party plaintiff to properly implead a third-party defendant, the third-party defendant must be secondarily liable to the third-party plaintiff. *U.S. Gen., Inc. v. City of Joliet*, 598 F.2d 1050, 1053 (7th Cir. 1979).

In this case, Osmose argues that Hoover's Amended Third Party Complaint is improper to the extent it seeks indemnification and contribution from Osmose based on Hoover's potential liability to International because International has not asserted a claim against Hoover in this court. In fact, International has not asserted a claim against Hoover directly in this court.[1] Hoover is therefore attempting to seek indemnification and contribution from Osmose on claims that do not exist in this court. Rule 14 only allows

---

[1] Currently, International has claims against Hoover and Osmose in Arkansas State Court.

Hoover's impleader of Osmose based on Hoover's liability to the existing parties in this action. Because International has not directly asserted a claim against Hoover in this court, Hoover will never be directly liable to International here. Thus, under Rule 14 Hoover may not seek indemnification and contribution from Osmose based on International's non-existent claims.

For these reasons and to the extent Hoover's Amended Third Party Complaint seeks indemnification and contribution from Osmose based on claims by International against Hoover, Hoover's Amended Third Party Complaint is improper. This ruling does not affect any claim for indemnification and/or contribution by Hoover against Osmose based on JM McCormick Company, Inc.'s claims against Hoover. Osmose's partial motion to dismiss (Docket # 184) is therefore **GRANTED**.

**SO ORDERED** this 21st day of August 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

John M T Chavis II
LOCKE REYNOLDS LLP
jchavis@locke.com

3

Darren Andrew Craig
LOCKE REYNOLDS LLP
dcraig@locke.com

Joshua B. Fleming
LOCKE REYNOLDS LLP
jfleming@locke.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Peter S. Kovacs
STEWART & IRWIN P.C.
pkovacs@silegal.com

Mark D. Marino
KIRKPATRICK & LOCKHART  PRESTON GATES ELLIS LLP
mark.marino@klgates.com

Nicholas C. Pappas
LOCKE REYNOLDS LLP
npappas@locke.com

Patrick J. Perrone
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
patrick.perrone@klgates.com

Mary F. Schmid
STEWART & IRWIN
mschmid@stewart-irwin.com

Ronald George Sentman
KATZ & KORIN P.C.
rsentman@katzkorin.com

Matthew J. Tharney
McCARTER & ENGLISH, LLP
mtharney@mccarter.com

Nathaniel M. Uhl
ICE MILLER LLP
nate.uhl@icemiller.com

Natalie S. Watson
McCARTER & ENGLISH, LLP
nwatson@mccarter.com

Katherine A. Winchester
ICE MILLER LLP
winchest@icemiller.com